UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

     v.                        Case No. 07-cr-108-01-SM

William R. Slack

O R D E R

Defendant's assented-to motion to continue the trial (document no. 9) is granted. Trial has been rescheduled for the October 2007 trial period.  Defendant shall file a Waiver of Speedy Trial Rights not later than June 27, 2007.  On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

      Final Pretrial Conference:   September 28, 2007 at 4:30 PM

      Jury Selection:             October 10, 2007 at 9:30 AM

      SO ORDERED.

June 26, 2007

                                 Steven J. McAuliffe
                                 Chief  Judge

cc:  Arnold Huftalen, Esq.
     Bjorn Lange, Esq.
     U. S. Probation
     U. S. Marshal

2