UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                              Case No. 07-cr-108-01-SM

William R. Slack

O R D E R

Defendant's assented-to motion to continue the trial (document no. 12) is granted. Trial has been rescheduled for the February 5, 2008 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than October 2, 2007. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account

the exercise of due diligence under the circumstances.

      Final Pretrial Conference:  January 25, 2008 at 11:30 AM

      Jury Selection:  February 5, 2008 at 9:30 AM

      SO ORDERED.

September 24, 2007

                                     Steven J. McAuliffe
                                     Chief Judge

cc:  Arnold Huftalen, Esq.
     Bjorn Lange, Esq.
     U. S. Probation
     U. S. Marshal