UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

    v.                                                    Case No. 07-cr-108-01-SM

William R. Slack


## ORDER

Defendant's assented-to motion to continue the trial (document no. 15) is granted. Trial has been rescheduled for the June 2008 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than January 28, 2008. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account

the exercise of due diligence under the circumstances.

    Final Pretrial Conference: May 22, 2008 at 3:00 PM

    Jury Selection: June 3, 2008 at 9:30 AM

    SO ORDERED.

January 24, 2008

                                    Steven J. McAuliffe
                                    Chief Judge

cc: Arnold Huftalen, Esq.
    Bjorn Lange, Esq.
    U. S. Probation
    U. S. Marshal