UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                              Case No. 07-cr-108-01-SM

William R. Slack

O R D E R

Defendant's assented-to motion to continue the trial (document no. 18) is granted. Trial has been rescheduled for the September 2008 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than May 27, 2008. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account

the exercise of due diligence under the circumstances.

This is defendant's fourth continuance request. NO FURTHER CONTINUANCES WILL BE GRANTED ABSENT EXTRAORDINARY CIRCUMSTANCES.

Final Pretrial Conference: August 27, 2008 at 4:00 PM

Jury Selection: September 3, 2008 at 9:30 AM

SO ORDERED.

May 19, 2008

Steven J. McAuliffe
Chief Judge

cc: Arnold Huftalen, Esq.
    Bjorn Lange, Esq.
    U. S. Probation
    U. S. Marshal